**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ALEXANDER FLOYD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSIGHT GLOBAL, LLC, a Delaware limited liability company; and DOES 1-20,<br><br>Defendants. | NO. 2:23-cv-1680<br><br>**DECLARATION OF ARIEL ZION IN SUPPORT OF REMOVAL**<br><br>King County Superior Court<br>Case No. 23-2-19335-1 SEA |

1. My name is Ariel Zion. Pursuant to 28 U.S.C. § 1746, I hereby affirm that I am over 18 years of age, and that I am competent to make the following Declaration, and that I am personally familiar with the information it contains.

2. I am over the age of 18 and state the following based on my personal knowledge.

3. I am Vice President and Deputy General Counsel at Insight Global. Before joining Insight Global, I was in private practice as a litigator for over ten years.

4. Insight Global, LLC is a Delaware limited liability company, with its principal place of business in DeKalb County, Georgia located at 1224 Hammond Drive, Atlanta, Georgia 30346.

5. Insight Global, LLC's sole member is IG Staffing Holdings, LLC, a limited liability company organized under the laws of the State of Delaware with its headquarters and principal

DECLARATION OF ARIEL ZION
IN SUPPORT OF REMOVAL - 1
2:23-cv-1680

Dorsey & Whitney LLP
701 5th Ave
Seattle, WA 98104
Telephone: 206.903.8800

Alston & Bird LLP
1201 W. Peachtree Street
Atlanta, GA 30309
Telephone: 404.881.7000

place of business in DeKalb County, Georgia. IG Staffing Holdings, LLC's sole member is IG Investments Holdings, LLC, a limited liability company organized under the laws of the State of Delaware with its headquarters and principal place of business in DeKalb County, Georgia. IG Investments Holdings, LLC's sole member is Igloo Intermediate Holdings, Inc., a limited liability company organized under the laws of the State of Delaware with is headquarters and principal place of business in DeKalb County, Georgia. IG Igloo Intermediate Holdings, LLC's sole member is IG Igloo Holdings, LLC, a limited liability company organized under the laws of the State of Delaware with its headquarters and principal place of business in DeKalb County, Georgia. IG Igloo Holdings, LLC's sole member is IG True Grit Parent Holdings, Inc., a corporation organized under the laws of the State of Delaware with its headquarters and principal place of business in DeKalb County, Georgia.

6. I have been practicing as a licensed attorney since 2007. I have spent over ten years litigating and billing on an hourly basis. I have managed associates and paralegals on litigation matters. This also includes responsibility for reviewing client billing. In my experience, the attorney hours needed to investigate and file a complaint, draft and respond to discovery, take depositions, and prepare dispositive motions, easily exceeds 100 billable hours. To take a case through trial, even if only 2 to 3 days, could easily triple those hours just for lead counsel.

7. Attached as **Exhibit 1** is a true and correct copy of a declaration filed by Plaintiff's counsel Timothy Emery in June 2023 in support of an attorneys' fees award in a class action settlement in a King County Superior Court case. The declaration was obtained via PACER.

DECLARED November 2, 2023, at Atlanta, Georgia.

_____
Ariel Zion

DECLARATION OF ARIEL ZION
IN SUPPORT OF REMOVAL - 2
2:23-cv-1680

Dorsey & Whitney LLP
701 5th Ave
Seattle, WA 98104
Telephone: 206.903.8800

Alston & Bird LLP
1201 W. Peachtree Street
Atlanta, GA 30309
Telephone: 404.881.7000

**CERTIFICATE OF SERVICE**

I hereby certify on the date below written, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and caused to be served a true and correct copy of same by the method indicated below and addressed as follows:

| | |
|---|---|
| Timothy W. Emery, WSBA #34078<br>Patrick B. Reddy, WSBA #34092<br>Paul Cipriani, WSBA #59991<br>Emery Reddy, PLLC<br>600 Stewart St., Suite 1100<br>Seattle, WA 98101<br>emeryt@emeryreddy.com<br>reddyp@emeryreddy.com<br>paul@emeryreddy.com<br>*Attorneys for Plaintiff* | Via CM/ECF and E-mail |

SIGNED at Seattle, Washington this 2nd day of November, 2023.

*s/* *Todd S. Fairchild*
Todd Fairchild

CERTIFICATE OF SERVICE - 1
2:23-cv-1680

**Dorsey & Whitney LLP**
701 5th Ave
Seattle, WA 98104
Telephone: 206.903.8800

**Alston & Bird LLP**
1201 W. Peachtree Street
Atlanta, GA 30309
Telephone: 404.881.7000