# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALEXANDER FLOYD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSIGHT GLOBAL, LLC, a Delaware limited liability company; and DOES 1-20,<br><br>Defendants. | NO. 2:23-cv-1680<br><br>**DECLARATION OF SYLVIA PEAT IN SUPPORT OF REMOVAL**<br><br>King County Superior Court Case No. 23-2-19335-1 SEA |

1. My name is Sylvia Peat. Pursuant to 28 U.S.C. § 1746, I hereby affirm that I am over 18 years of age, and that I am competent to make the following Declaration, and that I am personally familiar with the information it contains.

2. I am the Director of Human Resources at Insight Global.

3. I am over the age of 18 and state the following based on my personal knowledge.

4. I reviewed Plaintiff Floyd's application to Insight Global. He provided an address in King County, Washington.

DECLARED November 2, 2023, at Atlanta, Georgia.

_____
Sylvia Peat

DECLARATION OF SYLVIA PEAT IN SUPPORT OF REMOVAL - 1
2:23-cv-1680

Dorsey & Whitney LLP
701 5th Ave
Seattle, WA 98104
Telephone: 206.903.8800

Alston & Bird LLP
1201 W. Peachtree Street
Atlanta, GA 30309
Telephone: 404.881.7000

## CERTIFICATE OF SERVICE

I hereby certify on the date below written, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and caused to be served a true and correct copy of same by the method indicated below and addressed as follows:

| | |
|---|---|
| Timothy W. Emery, WSBA #34078<br>Patrick B. Reddy, WSBA #34092<br>Paul Cipriani, WSBA #59991<br>Emery Reddy, PLLC<br>600 Stewart St., Suite 1100<br>Seattle, WA 98101<br>emeryt@emeryreddy.com<br>reddyp@emeryreddy.com<br>paul@emeryreddy.com<br>*Attorneys for Plaintiff* | Via CM/ECF and E-mail |

SIGNED at Seattle, Washington this 2nd day of November, 2023.

*s/ Todd S. Fairchild*
Todd Fairchild

CERTIFICATE OF SERVICE - 1
2:23-cv-1680

Dorsey & Whitney LLP
701 5th Ave
Seattle, WA 98104
Telephone: 206.903.8800

Alston & Bird LLP
1201 W. Peachtree Street
Atlanta, GA 30309
Telephone: 404.881.7000