Honorable Judge Barbara J. Rothstein

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

ALEXANDER FLOYD, individually and on behalf of himself and persons similarly situated,

Plaintiff,

vs.

INSIGHT GLOBAL, LLC, a Delaware limited liability company; and DOES 1-20,

Defendants.

Case No. 2:23-cv-01680-BJR

**ORDER GRANTING JOINT STIPULATED MOTION TO SET BRIEFING SCHEDULE**

Plaintiff Alexander Floyd and Defendant Insight Global, LLC, have filed their Joint Stipulated Motion to Set Briefing Schedule.

IT IS HEREBY ORDERED, for good cause shown, that the briefing schedule related to Defendant's Motion to Dismiss (Dkt. 21) is as follows:

| Event | Original Deadline | Extended Deadline |
|---|---|---|
| Plaintiff's Response | 12/22/2023 | 01/16/2024 |
| Defendant's Reply | 01/05/2023 | 01/30/2024 |

**EMERY | REDDY, PLLC**
600 STEWART STREET, SUITE 1100
SEATTLE, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

IT IS HEREBY FURTHER ORDERED that the early case deadlines, including the FRCP 26(f) Conference, Initial Disclosures, and the submission of the Joint Status Report be set as follows:

| Event | Original Deadline | Extended Deadline |
| --- | --- | --- |
| FRCP 26(f) Conference | 12/18/2023 | 02/02/2024 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 12/26/2023 | 02/09/2024 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 01/02/2024 | 02/16/2024 |

IT IS HEREBY FURTHER ORDERED that if and when Plaintiff files a motion for class certification, Defendant shall have a forty-five-day period to file its opposition.

DATED: December 18, 2023.

JUDGE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Presented By:

EMERY | REDDY PLLC

By: */s/ Timothy W. Emery*
By: */s/ Patrick B. Reddy*
By: */s/ Paul Cipriani*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101-1269
Telephone: (206) 442-9106
Facsimile: (206) 441-9711
Email: emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com

*Attorneys for Plaintiff Alexander Floyd*

ORDER GRANTING JOINT STIPULATED MOTION TO SET BRIEFING SCHEDULE - 2
Case No. 2:23-cv-01680-BJR

**EMERY | REDDY, PLLC**
600 STEWART STREET, SUITE 1100
SEATTLE, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

Approved as to Form; Presentation Waived:

ALSTON & BIRD LLP

By: */s/ Chris Marquardt*
By: */s/ Leigh Shapiro*

Chris Marquardt (*pro hac vice*)
Leigh Shapiro (*pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: chris.marquardt@alston.com
leigh.shapiro@alston.com

DORSEY & WHITNEP LLP

By: */s/ Todd S. Fairchild*

Todd S. Fairchild, WSBA No. 17654
701 5th Ave, Suite 6100
Seattle, WA 98104-7043
Telephone: (206) 903-8800
Facsimile: (206) 903-8820
Email: Fairchild.todd@dorsey.com

*Attorneys for Defendant Insight Global, LLC*

ORDER GRANTING JOINT STIPULATED MOTION TO SET BRIEFING SCHEDULE - 3
Case No. 2:23-cv-01680-BJR

**EMERY | REDDY, PLLC**
600 STEWART STREET, SUITE 1100
SEATTLE, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711