THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDER FLOYD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSIGHT GLOBAL, LLC, a Delaware limited liability company; and DOES 1-20,<br><br>Defendants. | CIVIL ACTION NO. 2:23-cv-01680-BJR<br><br>**ORDER GRANTING UNOPPOSED MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISMISS** |

This matter came on regularly before this Court on Defendant Insight Global, LLC's Unopposed Motion to Stay Discovery Pending Resolution of Defendant's Motion to Dismiss ("Motion"). The Court has considered the Motion and all papers filed in support, in opposition, and in reply, and is otherwise fully apprised.

Now, therefore, it is hereby ORDERED: Insight Global, LLC's Unopposed Motion to Stay Discovery Pending Resolution of Defendant's Motion to Dismiss is GRANTED. Discovery in this matter is stayed until after the Court has issued its decision on Defendant Insight Global's pending motion to dismiss.

///

///

ORDER GRANTING UNOPPOSED
MOTION TO STAY DISCOVERY PENDING RESOLUTION
OF DEFENDANT'S MOTION TO DISMISS - 1
2:23-cv-01680-BJR

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Dated this 29th day of March 2024.

*[signature: Barbara J. Rothstein]*

THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT JUDGE

Presented by:

ALSTON & BIRD LLP

*s/ Chris Marquardt*
Chris Marquardt (*Admitted Pro Hac Vice*)
Leigh Shapiro (*Admitted Pro Hac Vice*)
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309
T: (404) 881-7000
F: (404) 881-7777
chris.marquardt@alston.com
leigh.shapiro@alston.com

DORSEY & WHITNEY LLP

*s/ Todd S. Fairchild*
Todd S. Fairchild WSBA #17654
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
T: (206) 903-8800
F: (206) 903-8820
fairchild.todd@dorsey.com

*Attorneys for Defendant Insight Global, LLC*

ORDER GRANTING UNOPPOSED
MOTION TO STAY DISCOVERY PENDING RESOLUTION
OF DEFENDANT'S MOTION TO DISMISS - 2
2:23-cv-01680-BJR

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused to be served the foregoing on the following counsel of record by the method indicated:

| | |
|---|---|
| Timothy W. Emery, WSBA No. 34078 | ☐ Via Messenger |
| Patrick B. Reddy, WSBA No. 34092 | ☐ Via Facsimile |
| Paul Cipriani, WSBA No. 59991 | ☐ Via U.S. Mail |
| EMERY REDDY, PLLC | ☐ Via Electronic Mail |
| 600 Stewart Street, Suite 1100 | ☒ Via ECF Notification |
| Seattle, WA 98101 | |
| Phone: (206) 442-9106 | |
| Fax: (206) 441-9711 | |
| Email: emeryt@emeryreddy.com | |
| reddyp@emeryreddy.com | |
| paul@emeryreddy.com | |

*Attorneys for Plaintiff Alexander Floyd*

Dated this 28th day of March, 2024.

*s/ Troy Wambold*
Troy Wambold, Legal Assistant

CERTIFICATE OF SERVICE
2:23-cv-01680-BJR

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820